```
 1  NICOLA T. HANNA
    United States Attorney
 2  PATRICK R. FITZGERALD
    Assistant United States Attorney
 3  Chief, National Security Division
    JUDITH A. HEINZ (Cal. Bar No. 176264)
 4  Assistant United States Attorney
    Senior Trial Counsel, National Security Division
 5  JAMES C. HUGHES (Cal. Bar No. 263878)
    Assistant United States Attorney
 6  Tax Division
    MELANIE SARTORIS (Cal. Bar No. 217560)
 7  WILLIAM M. ROLLINS (Cal. Bar No. 287007)
    Assistant United States Attorneys
 8  Terrorism and Export Crimes Section
    KHALDOUN SHOBAKI (Cal. Bar No. 232864)
 9  Assistant United States Attorney
    Cyber & Intellectual Property Crimes Section
10       1500 United States Courthouse
         312 North Spring Street
11       Los Angeles, California 90012
         Telephone:    (213) 894-7280/5615/7407/0759
12       Facsimile:    (213) 894-2927
         E-mail:  judith.heinz@usdoj.gov
13                james.hughes2@usdoj.gov
                  melanie.sartoris@usdoj.gov
14                william.rollins@usdoj.gov
                  khaldoun.shobaki@usdoj.gov
15
    Attorneys for Plaintiff
16  UNITED STATES OF AMERICA
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 18-50(B)-JAK |
|---|---|
| Plaintiff, | GOVERNMENT'S SUBMISSION OF RESPONSES TO DEFENDANT'S OBJECTIONS TO EXHIBITS EXPECTED TO BE INTRODUCED ON MAY 28, 2019 DURING DIRECT EXAMINATION OF SPECIAL AGENT BERGER; ATTACHMENT A |
| v. | |
| YI-CHI SHIH, aka "Yichi Shih," aka "Yuqi Shi," et al, | |
| Defendants. | |

Attached hereto is a chart listing what it believes are the disputed exhibits that the government will seek to introduce at trial on May 28, 2019, during the direct examination of Special Agent Robert Berger. The attached chart sets forth the exhibit numbers, a description of the exhibits, the defendant's objections, and the government's responses.

The government sent a list of these disputed exhibits to the defense on Sunday, May 26, 2019, at approximately 9:10 a.m., and requested an update on defense objections. As of Monday, May 27, 2019, at approximately 7:09 p.m., the government had received no update.

With respect to exhibits to which defendant has previously stated he has no objection, the government will seek the Court's authorization to admit those before direct examination begins in the interest of expediency and conserving trial time.

Dated: May 27, 2019                    Respectfully submitted,

                                       NICOLA T. HANNA
                                       United States Attorney

                                       PATRICK R. FITZGERALD
                                       Assistant United States Attorney
                                       Chief, National Security Division

                                              /s/
                                       _____
                                       JUDITH A. HEINZ
                                       JAMES C. HUGHES
                                       MELANIE SARTORIS
                                       WILLIAM M. ROLLINS
                                       KHALDOUN SHOBAKI
                                       Assistant United States Attorneys