TRACY L. WILKISON
Acting United States Attorney
CHRISTOPHER D. GRIGG
Assistant United States Attorney
Chief, National Security Division
JUDITH A. HEINZ (Cal. Bar No. 176264)
Assistant United States Attorney
Senior Litigation Counsel, National Security Division
JAMES C. HUGHES (Cal. Bar No. 263878)
Assistant United States Attorney
Major Crimes Section, Criminal Division
MELANIE SARTORIS (Cal. Bar No. 217560)
Assistant United States Attorney
Deputy Chief, General Crimes Section, Criminal Division
WILLIAM M. ROLLINS (Cal. Bar No. 287007)
Assistant United States Attorneys
Terrorism and Export Crimes Section
KHALDOUN SHOBAKI (Cal. Bar No. 232864)
Assistant United States Attorney
Cyber & Intellectual Property Crimes Section
     1500 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone:    (213) 894-7280/5615/7407/0759
     Facsimile:    (213) 894-2927
     E-mail:  judith.heinz@usdoj.gov
              james.hughes2@usdoj.gov
              melanie.sartoris@usdoj.gov
              william.rollins@usdoj.gov
              khaldoun.shobaki@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 18-50(B)-JAK |
|---|---|
| Plaintiff, | JOINT STATEMENT REGARDING WITNESS LIST FOR EVIDENTIARY HEARING ON LOSS AMOUNT |
| v. | |
| YI-CHI SHIH, <br> aka "Yichi Shih," <br> aka "Yuqi Shi," et al, | |
| Defendants. | |

**JOINT STATEMENT**

Plaintiff United States of America, by and through its counsel of record, the Acting United States Attorney for the Central District of California, and Assistant United States Attorneys Judith A. Heinz, James C. Hughes, William M. Rollins, Melanie Sartoris, and Khaldoun Shobaki; and Defendant Yi-Chi Shih, by and through his counsel of record, James W. Spertus, Christa Culver Wasserman, and M. Anthony Brown, hereby file this Joint Statement Regarding the Witness List for the Evidentiary Hearing on Loss Amount, scheduled for June 17, 2021:

1. The parties understand that each side shall have a total of 90 minutes combined (i.e. 90 minutes for the government and 90 minutes for the defense) for any direct, cross examination, and re-direct of all witnesses, including rebuttal witnesses, who testify during the June 17, 2021 hearing.

2. The Defense objects to the 90-minute limitation and believes 90 minutes will be insufficient for adequate defense cross-examination of government witnesses and the presentation of its rebuttal evidence.

3. The government expects to call Dr. Christopher Nordquist and Dr. David Sandison. The defense expects to call Dr. Ion Opris. All three witnesses will testify in person.

4. The parties jointly request that the Court adopt the following procedure and order of testimony during the hearing:

    a. The government shall be permitted to conduct a direct examination of Dr. Nordquist and/or Dr. Sandison.

    b. The defense shall be permitted to conduct a cross examination of Dr. Nordquist and/or Dr. Sandison.

|   |    |                                                                      |
|---|----|----------------------------------------------------------------------|
| 1 | c. | The government shall be permitted to conduct a redirect examination of Dr. Nordquist and/or Dr. Sandison. |
| 3 | d. | After the government's expert(s) testify, the defense shall conduct a direct examination of Dr. Opris. |
| 5 | e. | The government shall be permitted to conduct a cross examination of Dr. Opris. |
| 7 | f. | The defense shall be permitted to conduct a redirect examination of Dr. Opris. |
| 9 | g. | The government shall be permitted to call Dr. Nordquist and/or Dr. Sandison in rebuttal if the government has time remaining from its 90 minutes, subject to the same direct, cross, and redirect procedures set forth above. |

Dated: June 14, 2021                     Respectfully submitted,

TRACY L. WILKISON
Acting United States Attorney

CHRISTOPHER D. GRIGG
Assistant United States Attorney
Chief, National Security Division

    /s/
JUDITH A. HEINZ
JAMES C. HUGHES
MELANIE SARTORIS
WILLIAM M. ROLLINS
KHALDOUN SHOBAKI


   /s/ via email authorization
JAMES W. SPERTUS
CHRISTA CULVER WASSERMAN
M. ANTHONY BROWN
Spertus Landes & Umhofer LLP
Counsel for Defendant Yi-Chi Shih

2